IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EDMOND FERREIRA,

          Petitioner,

    v.

ISRAEL JACQUEZ,

          Respondent.

Case No. 3:24-cv-00402-JE

JUDGMENT

HERNANDEZ, District Judge.

Because Petitioner has not cured the deficiency identified in the Court's April 5, 2024 Order (#3), IT IS ORDERED AND ADJUDGED that this Action is DISMISSED, without prejudice.

May 14, 2024
DATE

_____
Marco A. Hernandez
United States District Judge

1 - JUDGMENT